IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 20-129 |
| TAYLAR FRIERSON | [UNDER SEAL] |

**FILED**
JUN 23 2020
CLERK U.S. DISTRICT COU
WEST. DIST. OF PENNSYLVA

<u>MOTION FOR ARREST WARRANT</u>

AND NOW comes the United States of America, by its attorneys, Scott W. Brady, United States Attorney for the Western District of Pennsylvania, and Brian M. Czarnecki, Assistant United States Attorney for said District, and, pursuant to Rule 9 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that an Arrest Warrant be issued for the apprehension of defendant TAYLAR FRIERSON, upon the grounds that an indictment has been returned in the above-captioned criminal case charging the defendant with violating Title 18, United States Code, Section 371.

Recommended bond: Detention.

Respectfully submitted,

SCOTT W. BRADY
United States Attorney

By:   <u>/s/ Brian M. Czarnecki</u>
BRIAN M. CZARNECKI
Assistant U.S. Attorney
DC ID No.   1047275