IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal No. 20-129 |
| | ) | (SEALED CASE) |
| TAYLAR FRIERSON, | ) | |
| | ) | |
| Defendant. | ) | |

# N O T I C E

One of Judge Colville's siblings practices law with the following office:

Michael C. Colville (brother)
Assistant United States Attorney for the Western District of Pennsylvania
(Civil Division)

Judge Colville will disqualify himself in any proceeding in which his brother is acting as a lawyer in the representation of any party. Judge Colville deems himself able to maintain his impartiality in any proceeding involving the above-mentioned office and, therefore, will not disqualify himself when his brother is not acting as a lawyer in the representation of a party.

cc/ecf:   Counsel of record.