IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 20-129 |
| TAYLAR FRIERSON | |

ORDER

AND NOW, to wit, this 12th day of January, 2021, upon consideration of the Motion to Unseal indictment and Arrest Warrant, heretofore filed by the United States of America, it is hereby ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that the Indictment returned in this case and the Arrest Warrant issued pursuant to said Indictment are hereby UNSEALED.

HONORABLE PATRICIA L. DODGE
UNITED STATES MAGISTRATE JUDGE