# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

**vs.**

**TAYLAR FRIER**

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

**Case No. 3:21-mj-1013-JRK**

Upon the oral motion of the parties to continue the detention hearing, the motion is **GRANTED** and it is **ORDERED** that detention and identity hearings are set for **January 15, 2021, at 3:00 p.m.,** before **James R. Klindt, United States Magistrate Judge,** in **Courtroom No. 5D, Fifth Floor, 300 North Hogan Street, Jacksonville, Florida.** The Government's case agent (or other law enforcement officer with knowledge of the underlying facts of the case and the investigation) must be present at the hearing.[1] Pending these hearings the Defendant shall be held in custody by the United States Marshals and produced for the hearings.

Date: January 12, 2021

*James R. Klindt*
JAMES R. KLINDT
United States Magistrate Judge

---

[1] If the Government is advised prior to the detention hearing that Defendant intends to waive the hearing or move to continue the hearing, this requirement is lifted.

- 2 -

Copies to:
Assistant U.S. Attorneys (Coolican)
Waffa Hanania, Esquire
U.S. Marshals Service
U.S. Pretrial Services

- 2 -